|  |  |
|---|---|
| Case No.: | 12-31859 |
| Judge: | Susan V. Kelley |
| Chapter: | Chapter 13 |

In Re: John C Rooney
      Delores Marie Rooney

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Geraci Law, LLC, Attorneys for the Debtors, have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, on or before 21 days from the date of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection.  File your written request at:

            Clerk, U.S. Bankruptcy Court
            517 E. Wisconsin Ave., Rm. 126
            Milwaukee, WI  53202

If you mail your request or response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the parties listed below and on the attached mailing matrix:

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone:  (414) 475-0100
Email: wal@geracilaw.com

| | |
|---|---|
| United States Trustee<br>Eastern District of Wisconsin<br>517 East Wisconsin Avenue, Room 430<br>Milwaukee, WI 53202 | Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203 |
| Geraci Law, LLC<br>Andrew M. Golanowski<br>2505 N. Mayfair Rd. #101<br>Wauwatosa, WI 53226 | John C Rooney<br>　　　Delores Marie Rooney<br>1218 Appaloosa Trail<br>Racine, WI 53402 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

**REQUEST TO MODIFY CHAPTER 13 PLAN**

1. The Proponents of this modification are the Debtors, through their Attorneys, Geraci Law, LLC.

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation

    B. \_\_\_X\_\_\_ pre-confirmation (Select i. or ii.);

    i. \_\_\_\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially or adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

    ii. \_\_X\_\_\_ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors are (See Attached List).

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: See Below.

4. The reason for the modification is to provide for all claims.

5. Select A. or B.

   A. _____ The Chapter 13 Plan confirmed or last modified on _____ (date) is modified as follows: (State the specific language of the modification.)

   B. \_\_X\_\_\_ The unconfirmed Chapter 13 Plan is modified as follows: The secured mortgage arrearage claim by Bank of America, N.A. for $3,402.22 shall be paid in full through the Plan. Allowed general unsecured claims shall receive a pro rata share of not less than $8,562.

   C. All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

WHEREFORE, the Proponent requests that the Court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Monday, January 14, 2013.

By: */s/ Andrew M. Golanowski*
Andrew M. Golanowski
Attorney for Debtor

Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

Rec. No: 565131
Notice and Request to Modify Chapter 13 Plan

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| In Re: John C Rooney<br>Delores Marie Rooney | Case No.: 12-31859<br>Judge: Susan V. Kelley<br>Chapter: Chapter 13 |

## CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Monday, January 14, 2013:

John Rooney                              See Attached List
Delores Marie Rooney
1218 Appaloosa Trail
Racine, WI 53402

Additionally, the documents referenced above were also served via electronic means on the following individuals on Monday, January 14, 2013:

United States Trustee                    Mary B. Grossman
Eastern District of Wisconsin            Chapter 13 Trustee
517 E. Wisconsin Ave.                    P.O. Box 510920
Milwaukee, WI 53202                      Milwaukee, WI 53203

Dated this Monday, January 14, 2013.

                                         By:   /s/ Andrew M. Golanowski
                                               Andrew M. Golanowski
                                               Attorney of the Debtor
                                               Bar #: 1055499

Andrew M. Golanowski
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email: wal@geracilaw.com

Rec. No: 565131
Notice and Request to Modify Chapter 13 Plan

| | | |
|---|---|---|
| CBE Group<br>Attn: Bankruptcy Dept.<br>131 Towe Park Dr Suite 1<br>Waterloo, IA  50702 | Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA  19022 | Sears/CBNA<br>Attn: Bankruptcy Dept.<br>Po Box 6282<br>Sioux Falls, SD  57117 |
| Bank of America, N.A.<br>Attn: Bankruptcy Dept.<br>450 American St<br>Simi Valley, CA  93065 | Home Depot<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD  57117 | AMEX<br>Attn: Bankruptcy Dept.<br>Po Box 297871<br>Fort Lauderdale, FL  33329 |
| American Honda Finance<br>Attn: Bankruptcy Dept.<br>2170 Point Blvd Ste 100<br>Elgin, IL  60123 | Citgo/CBNA<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD  57117 | Chase<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE  19850 |
| State Collection Service<br>Attn: Bankruptcy Dept.<br>2509 S Stoughton Rd<br>Madison, WI  53716 | Exxon Mobil/Citi<br>Attn: Bankruptcy Dept.<br>Po Box 6497<br>Sioux Falls, SD  57117 | Best Buy<br>Bankruptcy Department<br>PO Box 5238<br>Carol Stream, IL  60197-5238 |
| VW Credit INC<br>Attn: Bankruptcy Dept.<br>1401 Franklin Blvd<br>Libertyville, IL  60048 | Credit First N<br>Attn: Bankruptcy Dept.<br>6275 Eastland Rd<br>Brookpark, OH  44142 | |
| Falls Collection SVC<br>Attn: Bankruptcy Dept.<br>Po Box 668<br>Germantown, WI  53022 | Gecrb/Gap<br>Attn: Bankruptcy Dept.<br>Po Box 981400<br>El Paso, TX  79998 | |
| WFNNB/Victoria's Secret<br>Attn: Bankruptcy Dept.<br>Po Box 182789<br>Columbus, OH  43218 | CAP1/Menards<br>Attn: Bankruptcy Dept.<br>Po Box 5253<br>Carol Stream, IL  60197 | |
| Kohls/Capone<br>Attn: Bankruptcy Dept.<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI  53051 | Wells Fargo<br>Attn: Bankruptcy Dept.<br>Po Box 94498<br>Las Vegas, NV  89193 | |
| Capital One<br>Attn: Bankruptcy Dept.<br>Po Box 85520<br>Richmond, VA  23285 | Chase<br>Attn: Bankruptcy Dept.<br>Po Box 15298<br>Wilmington, DE  19850 | |
| Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA  30374 | Discover<br>Attn: Bankruptcy Dept.<br>Po Box 15316<br>Wilmington, DE  19850 | |
| Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX  75013 | Gecrb/Dick's<br>Attn: Bankruptcy Dept.<br>Po Box 1400<br>El Paso, TX  79948 | |