THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 9, 2014



Susan V. Kelley
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

---

In re: DELORES MARIE ROONEY       CHAPTER 13

Soc. Sec. No.   xxx-xx-4768       Case No. 12-31859-SVK

***AMENDED***

---

**<u>*AMENDED ORDER FOR PAYROLL DEDUCTIONS*</u>**

---

To, **ACELERO LEARNING**, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings. By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court. Now, Therefore,

IT IS ORDERED THAT:

1. You, **ACELERO LEARNING**, shall deduct from the earnings of said debtor [including vacation pay], the sum of **$163.00** **Semi-Monthly**, beginning on the next payday following receipt of this Order and continuing until further notice. You shall immediately pay to the Chapter 13 Trustee the sums so deducted. **INCLUDE THE <u>DEBTOR'S NAME</u> AND <u>CHAPTER 13 CASE NUMBER</u> WITH EACH REMITTANCE. PLEASE MAKE PAYABLE AND MAIL TO:**

CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730

2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure. No other deduction shall be made by you.

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
**\*\*ACELERO LEARNING\*\***
Attn: Payroll Department
4366 WEST CHEYENNE AVE
ATTN: SHONI PEGEESE
NORTH LAS VEGAS, NV 89032-

**Debtor(s):**
DELORES MARIE ROONEY
2719 LASALLE STREET
RACINE, WI 53402-

**Debtor(s) Attorney:**
GERACI LAW L.L.C.
55 EAST MONROE STREET
SUITE 3400
CHICAGOIL 60603-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

              Trustee Issued Date: April 09, 2014
        #####