```
                          United States Bankruptcy Court
                           Eastern District of Wisconsin
```

In re:                                                          Case No. 12-31859-svk
John Connell Rooney                                             Chapter 13
Delores Marie Rooney
        Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0757-2           User: mag                  Page 1 of 1                  Date Rcvd: Apr 09, 2014
                               Form ID: pdf5              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2014.
db         +John Connell Rooney,    1915 Wustum Avenue,    Racine, WI 53404-2260
jdb        +Delores Marie Rooney,   2719 LaSalle Street,   Racine, WI 53402-4137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2014 at the address(es) listed below:
              Andrew M. Golanowski    on behalf of Joint Debtor Delores Marie Rooney wal@geracilaw.com
              Andrew M. Golanowski    on behalf of Debtor John Connell Rooney wal@geracilaw.com
              Bradley J. Halberstadt    on behalf of Creditor    Honda Lease Trust bankruptcy@szjlaw.com
              Felicia  Petroff    on behalf of Joint Debtor Delores Marie Rooney wal@geracilaw.com
              Felicia  Petroff    on behalf of Debtor John Connell Rooney wal@geracilaw.com
              Joseph J. Blaha    on behalf of Debtor John Connell Rooney wal@geracilaw.com
              Joseph J. Blaha    on behalf of Joint Debtor Delores Marie Rooney wal@geracilaw.com
              Kathryn Kay MacKenzie    on behalf of Debtor John Connell Rooney wal@geracilaw.com
              Kathryn Kay MacKenzie    on behalf of Joint Debtor Delores Marie Rooney wal@geracilaw.com
              Mary B. Grossman    on behalf of Trustee Mary B. Grossman ecf@chapter13milwaukee.com
              Mary B. Grossman    ecf@chapter13milwaukee.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Shannon Kathleen Cummings    on behalf of Creditor    Bank of America, N.A., Successor by Merger to
               BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP
                bkecfnotices@blommerpeterman.com
                                                                                             TOTAL: 13

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: April 9, 2014

Susan V. Kelley
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re:   DELORES MARIE ROONEY | CHAPTER 13 |
| Soc. Sec. No.   xxx-xx-4768 | Case No. 12-31859-SVK |

***AMENDED***

***AMENDED ORDER FOR PAYROLL DEDUCTIONS*

   To, **ACELERO LEARNING**, the employer of the above debtor(s):

   The above named debtor proposed a plan to pay debts out of future earnings.  By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court.  Now, Therefore,

   IT IS ORDERED THAT:

   1. You, **ACELERO LEARNING**, shall deduct from the earnings of said debtor [including vacation pay], the sum of  **$163.00** **Semi-Monthly**, beginning on the next payday following receipt of this Order and continuing until further notice.  You shall immediately pay to the Chapter 13 Trustee the sums so deducted.  INCLUDE THE DEBTOR'S NAME AND CHAPTER 13 CASE NUMBER WITH EACH REMITTANCE.  PLEASE MAKE PAYABLE AND MAIL TO:

CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730

   2. All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.  No other deduction shall be made by you.

   3. This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
**\*\*ACELERO LEARNING\*\***
Attn: Payroll Department
4366 WEST CHEYENNE AVE
ATTN: SHONI PEGEESE
NORTH LAS VEGAS, NV 89032-

**Debtor(s):**
DELORES MARIE ROONEY
2719 LASALLE STREET
RACINE, WI 53402-

**Debtor(s) Attorney:**
GERACI LAW L.L.C.
55 EAST MONROE STREET
SUITE 3400
CHICAGOIL 60603-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

                                    Trustee Issued Date:  April 09, 2014
                          #####