UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.: 12-31859
Judge: Susan V. Kelley
Chapter: Chapter 13

In Re: John Rooney
Delores Rooney

## STIPULATION GRANTING MODIFICATION OF THE AUTOMATIC STAY

The Debtors, through their attorneys, Geraci Law, LLC, hereby agree that the automatic stay issued in this case may be modified to allow the Debtors to proceed with their divorce action in Racine County Circuit Court, Case No. 2013FA000521. The divorce action was filed on August 7, 2013. The bankruptcy Section 341 hearing was held on September 19, 2012.

All parties are aware and agree that whatever result and judgment that may be obtained in the state divorce action does not effect, impair, impede or have precedence over the bankruptcy action.

STIPULATED AND AGREED TO:

/s/ _Joseph Blaha_
Joseph Blaha, Attorney for the Debtors
Geraci Law, LLC
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53202
(414) 475-9129

/s/ _John Rooney_  12-10-13
Debtor John Rooney

/s/ _Susan Perry_  12/10/13
Susan Perry, Divorce Attorney for the Debtor
Hostak, Henzl & Bichler, S.C.
840 Lake Ave. Suite 300
Racine, WI 53403
(262) 632-7541

/s/ _Wynne Laufenberg_  12/10/13
Wynne Laufenberg, Divorce Attorney for the Co-Debtor
Law Office of Wynne Laufenberg
308 6th St.
Racine, WI 53403
(262) 637-8803

/s/ _____
Office of the Chapter 13 Trustee
Staff Attorney
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3625

/s/ _Delores M. Rooney_  12/10/13
Co-Debtor Delores Rooney

Rec. No: 584942
WD - MOT - Stipulation to Modify Stay for Divorce (Revised 130612)