THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 28, 2014



Susan V. Kelley
United States Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Wisconsin

_____
IN RE: JOHN CONNELL ROONEY    Case No.: 12-31859-SVK

Debtor    Chapter: 13
_____

ORDER CONFIRMING MODIFIED PLAN
_____

The debtor's modified plan was filed on September 25, 2014. The modified plan was transmitted to those creditors required by Bankruptcy Rule 3015 or Order of the Court, and no objections were filed.

Upon review of the modified plan and the entire file in this case, the Court finds that the modified plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtor's modified chapter 13 plan is confirmed, with the following provisions. (This is only a summary, consult the modified plan for additional details.)

1. Payments: $50.00 Monthly

2. The modified plan projects unsecured claims will receive: Not less than $1,400.00

3. Other provisions that have changed from the most recently confirmed Chapter 13 plan are: Secured claim of VW Credit to be satisfied by the surrender of the Debtors' interest in the 2006 Volkswagen Jetta. Secured claim of Nationstar Mortgage to be satisfied by the surrender of the Debtors' interest in the property located at 1218 Appaloosa Trail and the claim shall be paid as a general unsecured claim. Secured claim of Wells Fargo Financial to be satisfied by the surrender of the Debtors' interest in the pool and any claim shall be paid as a general unsecured claim. Additional attorney fees allowed in the amount of $300.00. The Debtor shall pay ½ of any future tax refund to the Trustee beginning with the 2014 tax year.
.

4. All other terms and conditions of the previous Order Confirming Plan remain in full force and effect.

#####